

RECEIVED

FEB 0 8 2011 *new*

2-8-11

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

KELVIN NORWOOD

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Wexford Health Sources Inc.

Kevin Halloran, Alan Karraker

Partha Ghosh, Dr. Zhang

Warden Ramos, Marvin Reed, Michal P. Randle

Warden Osborne, Marcus Hardy

Hank Hosey, Louis Shicker, Pat Quinn

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

11 C 0988
Judge Charles R Norgle, Sr
Magistrate Judge Arlander Keys

CHECK ONE ONLY:

_____✓_____    COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

_____    COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

_____    OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.  **Plaintiff(s):**

  A.  Name: KELVIN NORWOOD

  B.  List all aliases: Charles Smith, Calvin King, Calvin Norwood Charles

  C.  Prisoner identification number: N90286

  D.  Place of present confinement: Stateville Correctional Center

  E.  Address: P.O. Box 112, Joliet, IL. 60434-0112

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.  **Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

  A.  Defendant: KEVIN HALLORAN

  Title: C.E.O.

  Place of Employment: WEXFORD HEALTH SOURCES INC.

  B.  Defendant: ALAN KARRAKER

  Title: REGIONAL ADMINISTRATOR

  Place of Employment: WEXFORD HEALTH SOURCES INC.

  C.  Defendant: PARTHA GHOSH

  Title: DOCTOR - MEDICAL DIRECTOR

  Place of Employment: STATEVILLE CORR. CTR. & WEXFORD HEALTH SOURCES INC.

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

DEFENDANTS:

D. DEFENDANT: __ZHANG__

TITLE: __Doctor__

PLACE OF EMPLOYMENT __Stateville C.C. ; WEXFORD HEALTH SOURCES__

E. DEFENDANT: RAMOS

TITLE: EX-WARDEN - CHIEF ADMINISTRATOR

PLACE OF EMPLOYMENT: Stateville CORR. CTR.

F. DEFENDANT: MARVIN REED

TITLE: ASSISTANT WARDEN

PLACE OF EMPLOYMENT: STATEVILLE CORR. CTR.

G. DEFENDANT: OSBORNE

TITLE: ASSISTANT WARDEN/ HEALTH CARE UNIT ADMINISTRATOR

PLACE OF EMPLOYMENT: STATEVILLE CORR. CTR.

H. DEFENDANT: MARCUS HARDY

TITLE: WARDEN - CHIEF ADMINISTRATOR

PLACE OF EMPLOYMENT: STATEVILLE CORR. CTR.

DEFENDANTS:

I. DEFENDANT: MARK HOSEY
   TITLE: Assistant Warden - Health Care Unit Administrator
   PLACEMENT OF EMPLOYMENT: Stateville Corr. Ctr.

J. DEFENDANT: Wexford Health Sources Inc.
   TITLE: Health Care Provider
   PLACE OF EMPLOYMENT: Stateville C.C. - Dept of Corr. Illinois

K. DEFENDANT: Louis Shicker
   TITLE: Agency Medical Director
   PLACE OF EMPLOYMENT: Illinois Dept. of Corrections

L. DEFENDANT: Michael P. Randle
   TITLE: Director
   PLACE OF EMPLOYMENT Illinois Dept. of Corrections

M. DEFENDANT: Pat Quinn
   TITLE: Govenor
   PLACE OF EMPLOYMENT: State of Illinois

4

III.   **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

*Plaintiff*

A.   Name of case and docket number: Kelvin Norwood vs Rod R Blagovich No: 10-3075 ORiginating case info District court No: 1910 cv0683

B.   Approximate date of filing lawsuit: June 14th 2010

C.   List all plaintiffs (if you had co-plaintiffs), including any aliases: Robert terry Derrick Morgan, Johnnie Ross, Lewis C Henry clay

D.   List all defendants: Frm Governor Rod Blagovich, DERDRE Battaglia Timmy Oarowinzuck, Venita Wright, Terry malcom, mark Hosey Boyce E walker JR, Anthony Ramos, marcus Herby, Micheal p Bradle, Kenneth E Harris, milton Tuell, Anthony Sorcatino pedro mata, Franciene McKenzie Fredrick Dee

E.   Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District of Illinois, Eastern Division

F.   Name of judge to whom case was assigned: District Judge Charles R Norgle

G.   Basic claim made: Due process that created a Liberty Interest 5th amendment.

H.   Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Case was dismissed and appealed and is still pending

I.   Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

III.   **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.   Name of case and docket number: _Kelvin Norwood v. State of Ill case No 10 CC 3917_

B.   Approximate date of filing lawsuit: _Sept 7 2010_

C.   List all plaintiffs (if you had co-plaintiffs), including any aliases: _Kelvin Norwood N90286_

D.   List all defendants: _State of Illinoise_

E.   Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _court of claims of the state of Illinois_

F.   Name of judge to whom case was assigned: _Argionis George Commissioner_

G.   Basic claim made: _property_

H.   Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _still pending_

I.   Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

5 A

Revised 9/2007

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Plaintiff started complaining to the Health Care unit That He was Experiencing pain & swelling in His Right Knee sometime Around or Before May 12, 2006. Plaintiff fell & Hurt His Knee & Around 5/12/06 or 5/13/06 He was seen at The Health Care By Physicians Assistant Ms. L. Williams who diagnosed plaintiff As Having a sprained Knee. Plaintiff was seen Again on 5/31/06 By Dr. Ghosh & A x-ray, Ace Knee Brace. plaintiff continued to Have pain & swelling in His Knee & He continued to complain, write Letters To Sick Call & Ask for Medical Care for His Knee. on 6/14/06 He was seen & Again on 10/23/06 for The pain in His Knee & The Swelling, But The Bare Minimum was done for Him. A x-ray was ordered on 5/31/06 & By 10/23/06 plaintiff Had yet To Receive The x-ray. 5 months Had went By & plaintiff Had Been complaining That He Had fallen down & Hurt His Knee & That it was Not only Swollen But He was in pain. & yet No x-ray Had Been Taken in 5 months & A week. plaintiff Allegedly was Being Treated, But for What Though? No Tests Had Been Conducted on plaintiff To Determine What if Anything was wrong with His Knee. The

6

Revised 9/2007

Physicians Assistant Ms. Williams Had Only Made A Guess At What She Thought Was Wrong with plaintiff's painful & swollen Knee. Her Diagnose Wasn't Confirmed By Any Tests, X-Rays, or M.R.I's. An X-Ray Would Show if There Were Any Broken Bones & A M.R.I. Would Show Muscle or Cartilage Tear or Damage But Since None Was Done On Plaintiff's Knee, Neither Dr. Ghosh or P.A. L. Williams Could Say With 100% Certainty That All plaintiff Suffered From Was A Sprained Knee. Plaintiff followed Procedure & wrote Letters To Sick call, But He Was Given Half & Equivalent To No Medical Care By Medical Director Dr. Partha Ghosh. 5 months without An X-Ray That Had Allegedly Been Ordered By The Medical Director, The Boss of The Health Care. Dr. Partha Ghosh Shows Not Only Deliberate Indifference Towards plaintiffs Serious Medical Needs But it Also Shows That The Wexford Health Sources Inc. Staffed & Ran Health Care Unit Is Disfunctional, Disrespectful & Has No Regard For plaintiffs Serious Medical Needs & Complaints Concerning His Knee & The pain He Was In. On 11/1/06 P.A. Ms. Williams Ordered Another X-Ray For Plaintiff's Knee & Another Knee support Brace: ONE year Later plaintiff Was still Waiting On To Receive His Doctor Prescribed Knee support Brace. First plaintiff Waited Over 5 Months To Receive A Doctor Ordered X-Ray & Now After A Year Plaintiff Hasn't Receive His Much Needed Doctor & P.A. Ordered

?
8

KNEE SUPPORT BRACE. THIS ISN'T MEDICAL CARE THAT PLAINTIFF HAS RECEIVED THUS FAR FROM THE WEXFORD HEALTH SOURCES INC, STAFFED & RUN HEALTH CARE UNIT. THIS IS DELIBERATE INDIFFERENCE. PLAINTIFF WAS IN PAIN ALL THIS TIME THAT HE WAS BEING SEEN BY THE DOCTOR & P.A M3. WILLIAMS. PLAINTIFF WAS GIVEN GENERIC TYLENOL, MOTRIN & IBPROFEN FOR HIS COMPLAINTS OF PAIN. NEITHER ONE STOPPED PLAINTIFF'S PAIN & PLAINTIFF LET DR. GHOSH KNOW THAT THE IBPROFEN ECT. THAT HE WAS BEING GIVEN WAS NOT WORKING BUT PLAINTIFF WAS IGNORED & NOT GIVEN ANYTHING STRONGER FOR THE PAIN THAT HE WAS IN FROM HIS KNEE, NOR WAS ANYTHING BEING DONE TO FIND OUT WHAT WAS CAUSING PLAINTIFF'S KNEE TO SWELL UP & CONSTANTLY HAVE HIM IN PAIN. PLAINTIFF WAS SEEN ON 11/30/06 & AGAIN ON 12/15/06 & BOTH TIMES HE COMPLAINED THAT HE WAS IN PAIN FROM HIS KNEE'S BUT LITTLE OR NOTHING WAS BEING DONE TO HELP PLAINTIFF LIVE PAIN FREE OR TO FIND OUT EXACTLY WHAT IT IS THAT IS WRONG WITH HIS KNEE. PLAINTIFF WASN'T ASKING FOR SPECIAL TREATMENT OR NOTHING OUT OF THE ORDINARY THAT THE STATEVILLE HEALTH CARE UNIT WASN'T SUPPOSE TO DO FOR HIM, ALL HE ASKED & BEGGED OF THEM TO DO... IS THEY'RE JOB & HELP HIM PLEASE FIND OUT WHY HE WAS IN PAIN

8



IV.   **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

& WHAT WAS WRONG WITH HIS KNEE. THEY DENIED PLAINTIFF MEDICAL CARE SEVERAL TIMES & ON SEVERAL OCCASSIONS HE WENT LONG PERIODS OF TIME WITHOUT RECEIVING THE DOCTOR PRESCRIBED TREATMENTS. PLAINTIFF AT THIS TIME HAD ONLY RECEIVED AN X-RAY ON HIS KNEE, & IT SHOWED THAT HIS KNEE WASN'T BROKEN. PLAINTIFF CONTINUED TO BE IN A LOT OF PAIN & HIS KNEE STAYED SWOLLEN BUT NO FURTHER TESTS WERE DONE AT THAT TIME, IN AN EFFORT TO FIND OUT WHAT THE PROBLEM WAS WITH PLAINTIFF'S KNEE. THE STATEVILLE HEALTH CARE UNIT PATIENTS RIGHTS STATES: AS A PATIENT AT STATEVILLE C.C. THE FOLLOWING RIGHTS & RESPONSIBILITIES ARE "GUARANTEED" TO YOU. PATIENTS RIGHTS #1 PATIENTS ARE TO BE TREATED IN A MANNER THAT RECOGNIZES THEIR BASIC HUMAN RIGHTS. #2. PATIENTS ARE TO BE TREATED WITH RESPECT, CONSIDERATION & DIGNITY. PLAINTIFF WAS NOT TREATED IN A MANNER THAT ACKNOWLEDGED HIM AS BEING HUMAN LET ALONE RECOGNIZING HIS HUMAN RIGHTS, NOR WAS HE TREATED WITH ANY RESPECT

9

Revised 9/2007



OR DIGNITY. PLAINTIFF COMPLAINED TO THE MEDICAL STAFF THAT HIS KNEE WAS HURTING HIM SOMETHING HORRIBLE & HE SHOWED ANYONE WHO LOOKED HOW SWOLLEN HIS KNEE WAS. PLAINTIFF'S COMPLAINTS FELL ON UNCONCERNED, NON-CARING EARS OF THE WEXFORD HEALTH SOURCES INC. STAFFED STATEVILLE HEALTH CARE WORKERS WHO ARE DOING EVERYTHING THEY CAN TO SAVE MONEY FOR THEIR COMPANY. PLAINTIFF WAS IN PAIN & SOUGHT MEDICAL CARE FOR HIS SERIOUS MEDICAL NEEDS AT THE ONLY PLACE THAT HE COULD... THE STATEVILLE CORRECTIONAL CENTER HEALTH CARE UNIT, THATS STAFFED & RAN BY WEXFORD HEALTH ~~CARE~~ SOURCES INC. EMPLOYEE'S, NURSE'S & DOCTORS. PLAINTIFF WAS DELIBERATELY DENIED & DELAYED MEDICAL CARE. PLAINTIFF COMPLAINED ABOUT HIS KNEE & THE EXCRUCIATING PAIN HE WAS IN FROM THE TIME HE FIRST HURT IT, WHEN HE FELL IN MAY 2006 TO THE DAY THAT HE WAS FINALLY GIVEN A M.R.I. SEPTEMBER 2009 & IT SHOWED THAT PLAINTIFF HAD A SMALL PARTIALLY RUPTURED BAKER'S CYST IN HIS KNEE. PLAINTIFF ALSO HAD A TEAR OF THE BODY OF THE LATERAL MENISCUS, EXTENDING TO THE INFERIOR ARTICULAR

10

Revised 9/2007

IV.    **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Surface. There is edema on both sides of the medial collateral ligament which may be due to mild extrusion of the medial meniscus. All that time plaintiff was complaining that his knee was hurting him & showing the medical staff how swollen his knee was... He had torn ligaments in his knee. Plaintiff wasn't given a M.R.I. sooner because the Wexford Souces Inc. was trying to save Wexford money. Plaintiff was deliberately denied medical care & thats deliberate difference. plaintiff wrote letters to Regional Administrator - Alan Karraker, C.E.O. Kevin Halloran both from Wexford Health Sources Inc. about the lack there of medical care for his serious medical needs. Plaintiff wrote both Wexford Health Sources Inc. employer & boss 4 times a piece but they never wrote plaintiff back nor did they help him get the medical care

11

That He Truely Needed. Plaintiff Wrote several Grievance's Alerting Warden Ramos & Warden Hardy on seperate occassions, so there wouldn't Be Any misunderstanding About plaintiff's medical Situation, plaintiff Wrote At least 2 Letters Letting Both chief Administrative Officers know That He HAD Been Denied Medical care on several occassions & plaintiff Wrote others Letters As well in an effort To get medical care. plaintiff Wrote Govenor Pat Quinn & Mr. Quinn forwarded plaintiff's Letter To Louis Shicker- The I.D.O.C Agency Medical care & Mr. Shicker Wrote plaintiff Back, Letting Him know That He HAD contact With plaintiff's Health care Provider & that plaintiff HAD Been Reseduled for His orthopedic Procedure Plaintiff Wrote Mr. Louis Shicker Twice After That To Notify Him That He wasn't Receiving His pain Medicene Like The Doctor At U.I.C HAD prescribed A strong pain Medication for Him But He Never Given it. plaintiff Wrote Mr. Louis Shicker on March 30th 2010 when

12

**IV.     Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

HE WAS SCHEDULED TO GET SURGERY ON HIS KNEE. BUT HE DIDN'T BECAUSE THE WRIT OFFICERS THAT TOOK HIM TO THE HOSPITAL GOT AT THE HOSPITAL TO LATE. PLAINTIFF INFORMED I.D.O.C AGENCY MEDICAL DIRECTOR LOUIS SHICKER THAT THIS IS THE SECOND TIME THAT PLAINTIFF WAS SUPPOSE TO HAVE SURGERY ON HIS KNEE AFTER A 3 YEAR WAIT. PLAINTIFF WAS IN PAIN & HAS BEEN IN PAIN FOR THE 3 YEARS THAT HE HAD BEEN WAITING TO GET SOME MEDICAL CARE. PLAINTIFF WAS DISREGARDED, DISRESPECTED & DELIBERATELY DENIED MEDICAL CARE FOR HIS SERIOUS MEDICAL NEEDS FOR OVER 3 YEARS & JUST WHEN HE THOUGHT HIS KNEE WAS GOING TO GET FIXED OR THAT HE WAS ABOUT TO RECEIVE THE MEDICAL CARE THAT WOULD NOT ONLY HELP HIS KNEE GET BETTER BUT WOULD STOP HIS PAIN, PLAINTIFF IS AGAIN JERKED BACK TO THE REALITY THAT THE WEXFORD HEALTH SOURCES INC. HEALTH CARE PROVIDER ARE BEING DELIBERATELY INDIFFERENT TO HIS SERIOUS MEDICAL NEEDS. PLAINTIFF HAS BEEN SUBJECTED TO CRUEL & UNUSUAL

13

Revised 9/2007



PUNISHMENT (AN 8TH AMENDMENT CONSTITUTIONAL VIOLATION)
OF HIS RIGHTS.) FOR THE PAST 3 YEARS. PLAINTIFF
HAS WRITTEN GRIEVANCES, REQUEST SLIPS & LETTERS IN
AN EFFORT TO RECEIVE MEDICAL CARE & NONE OF IT WORKED.
THE WARDENS, ADMINISTRATORS, DOCTORS, HEALTH CARE
PROVIDER, MEDICAL DIRECTORS & THE GOVENOR & ALSO
THE ILLINOIS DEPARTMENT OF CORRECTIONS DIRECTOR
ALL TURNED A BLIND EYE TO PLAINTIFF'S ▮▮▮▮▮▮
SERIOUS MEDICAL NEEDS. EACH DEFENDANT LISTED
WAS PERSONALLY NOTIFIED AT LEAST TWO (2) TO THREE
(3) TIMES ABOUT PLAINTIFF'S SERIOUS MEDICAL NEEDS,
& THEY ALL EITHER CHOSE TO IGNORE PLAINTIFF OR
DISREGARDED HIM OR THEY DID THE BARE MINIMUM
THEY COULD DO JUST TO SAY THAT THEY TRIED OR TO
ATTEMPT TO SHOW THAT THEY AT LEAST MADE AN EFFORT.
PLAINTIFF WROTE IDOC AGENCY MEDICAL DIRECTOR
ALONG WITH GOVERNOR PAT QUINN BOTH A SECOND
LETTER ON 5/1/10 LETTING THEM BOTH KNOW THAT
PLAINTIFF'S SURGEON PRESCRIBED THE PAIN MEDICATION
VICODIN TO PLAINTIFF FOR PAIN AFTER HIS SURGERY
ON 4/27/10 BUT DR. GHOSH TOOK IT UPON HIMSELF TO
NOT GIVE PLAINTIFF THE DOCTOR (SURGEON) PRESCRIBED

14

**IV.    Statement of Claim:**

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places.  **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

PAIN MEDICATION THAT HE SHOULD HAVE. MR. SHICKER NOR GOVERNOR PAT QUINN WROTE PLAINTIFF BACK, YET. WEXFORD HEALTH SOURCES INC. RAN HEALTH CARE UNIT TRIES TO SAVE MONEY & THATS WHY THEY DENIED PLAINTIFF MEDICAL CARE. THE HEALTH CARE PROVIDER (WEXFORD) IS RUNNING A BUSINESS & THEY ARE TRYING TO MAKE MONEY (TURN A PROFIT) SO THEY ARE GIVING THE BARE MINIMUM OF TREATMENT THEY CAN, TO SHOW THAT THEY ARE DOING SOMETHING & RUNNING THE LEAST EXSPENSIVE MEDICAL TESTS THEY CAN IN AN EFFORT TO FIND OUT THE PROBLEM. PLAINTIFF WAS GIVEN AN X-RAY & IT SHOWED NO BROKEN BONES SO PLAINTIFF WAS DENIED A MRI FOR 3 YEARS, BUT WHEN HE RECEIVED ONE IT SHOWED THAT PLAINTIFF HAD BEEN COMPLAINING & IN PAIN BECAUSE HE HAD LIGAMENT DAMAGE IN HIS KNEE & IT COULD ONLY BE FIXED WITH SURGERY. FOR 3 YEARS PLAINTIFF WAS DENIED MEDICAL CARE FOR HIS SERIOUS MEDICAL NEEDS. PLAINTIFF WROTE DIRECTOR MICHAEL P. RANDLE TO LET HIM KNOW THAT

15

Revised 9/2007

He was being deliberately denied medical care for his serious medical needs by the Wexford Health Sources Inc. employee ran health care unit here at Stateville Correctional Center. Plaintiff wrote & sent I.D.O.C. director Michael P. Randle letters on ████████ August 21st, 2009 & again on January 13th, 2010 when I was denied surgery on 1/5/10. Plaintiff did everything he was suppose to do in trying to get medical care for his serious medical needs & he was denied over & over again & again by defendants. After surgery it took plaintiff more than 3 months to finally get into physical therapy. From the begining when plaintiff 1st hurt his knee he was deliberately denied medical care, & once plaintiff got his surgery to repair his knee he was deliberately denied pain medication that his surgeon prescribed & his after care was with-held for over two (2) months. Plaintiff's grievance's were not investigated properly or thoroughly so this added to the ongoing deliberate indifference, 8th & 14th Constitutional Amendment violations. Thank God plaintiff didn't die from the lack of medical care that he was deliberately denied. But plaintiff will

16
9

Revised 9/2007

IV.    Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names. dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

FOREVER WALK WITH A LIMP & BE IN PAIN FROM HIS KNEE BECAUSE OF HOW LONG HE HAD TO GO WITHOUT MEDICAL CARE & THEN WHEN HE FINALLY DID RECEIVE SOME MEDICAL CARE IT WAS EQUIVALENT TO NOTHING BEING DONE FOR HIM. PLAINTIFF WAS GIVEN TWO (2) CRUTCHES TO EASE THE WEIGHT THAT HE WOULD PUT ON HIS KNEE BUT THEN HIS CRUTCHES WERE TAKEN BY CORRECTIONAL OFFICER HOLMAN WHILE AT THE HEALTH CARE UNIT. FOR OVER 3 HOURS PLAINTIFF WAS CONFINED TO THE HEALTH CARE UNIT BULL PEN (HOLDING CELL). WHEN THE MED-TECH CAME OUT SHE ONLY GAVE PLAINTIFF (2) CRUTCHES BACK. PLAINTIFF WAS FORCED TO PUT AT TIMES ALL HIS WEIGHT DOWN ON HIS KNEE & AS A DIRECT RESULT OF THAT, PLAINTIFF HAS BEEN IN PAIN & HIS KNEE CONTINUES TO SWELL UP OFF & ON. PLAINTIFF HAS ASKED TO BE GIVEN ANOTHER MRI ON HIS KNEE BECAUSE SOMETHING DOESN'T FEEL RIGHT WITH HIS KNEE. ITS BEEN ALMOST A YEAR SINCE HE HAD SURGERY

17

& Here it is January 2011 & plaintiff still is having pain in his knee when he walks, sits to long or stands to long. He's asked for follow-up care & to be seen by his surgeon but once again plaintiff is being ignored & deliberately denied the follow up care he's requested & needs to get well. Plaintiff has informed Dr. Ghosh that the current medication that he prescribed him for pain is not working & plaintiff has requested that he (Dr. Ghosh) either prescribe plaintiff something stronger for his pain or send plaintiff back to the surgeon that preformed the surgery on his knee. Neither request that plaintiff asked about has happend & so plaintiff waits for some kind of decision from the Wexford Health Sources Inc. employee run health care unit here at Stateville. Plaintiff is in pain everyday & nothing's being done thats working for him to rid him of his knee pain. Something can be done to help plaintiff with his pain... but nothing is being done though......

Revised 9/2007

**V.** **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I WANT THE FOLLOW-UP CARE THAT I'M SUPPOSE TO HAVE, STRONGER PAIN MEDICATION, SET UP AN INDEPENDANT BOARD TO REVIEW COMPLAINTS OF DELIBERATE INDIFFERENCE FOR MEDICAL CARE. I WANT $50,000 FROM EACH DEFENDANT (12) & $250,000 FOR PAIN & SUFFERING & $100,000 FOR MENTAL ANGUISH.

**VI.** The plaintiff demands that the case be tried by a jury.  ☒ YES   ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 27th day of Jan, 2011

_____
(Signature of plaintiff or plaintiffs)

Kevin Norwood
(Print name)

N90286
(I.D. Number)

Statuille corr cen
P.O. Box 112
Joliet ILL. 66434
(Address)

19

To: Warden Ramos
From: Kelvin Norwood     ID N90286     Cell D553


To Warden Ramos
    I hurt my knee hurt at Stateville I am
in constant pain and I am not recieving
medical treatment for my knee I have wrote
several letters to Dr Ghosh, Dr Zhang and for
sick call for my knee and I Not recieving any
response. will you get them to treat me for
my knee ___ Thank you
                                    Sincerly
                                    Kelvin Norwood

To - Warden Ramos
From: Kelvin Norwood    ID N90286  Cell D-550

This is my second letter to you warden
Ramos concerning not recieving medical treatment
for my knee I am in constent pain and my
knee is swollen up very badly I have wrote
to DR. GHOSH, DR. ZHANG and have not recieved
a response yet from them will you get
me treatment for my knee I am unable to
exercise or run and I am having lots of pain
while walking will you get me the treatment I need.
                    Thank you

                              Sincerely

To:warden Hardy
From: Kelvin Norwood        ID N80286  cell P353

Wadden Hardy
    This is my second letter to you about
my knee that I was supposed to have
surgery on 1-5-10 that I did not recieve
Warden my knee is swollen very badly
and it is extremely painful, Can you get
me the medical care I need or tell me
why I haven't Recieved it yet I've
wrote to Dr. Ghosh, Dr Zhang try to find
out about my surgery no one will respond
to my request or to my grievence about
my surgery please let me know what is
going on

                    Thank you

TO: WARDEN Reed
From: Kelvin Norwood          IDN90286   Cell D553

To Mr. Reed Warden.
     I hurt my right knee here at Stateville.
I am in constant pain and I am not recieving
medical treatment for my knee. I have wrote
several letter to Dr. Ghosh, DR Zhang and for sick
call for my knee and I'm not recieving any
reponse will you get them to treat me for
my knee.   Thank you

                            Sincerely
                            Kelvin Norwood

To: Warden Reed
From: Kelvin Norwood IDN 90288    cell D555

This is my second letter to you warden Reed concerning not recieving medical treatment for my knee I am in constant pain and my knee is swollen up very badly. I have wrote to DR Ghosh, DR Zhang and put in for sick call several times and have Not recieved a response yet from them I am unable to exercise or run and I am having lots of pain while walking will you get me the medical treatment I need

Thank you

Sincerely

To: Warden Osborn
From Kelvin Norwood IDN90286 cell D553

Dear Sir Warden Osborn

I am in constant pain and my knee is
swollen very badly and I was scheduled for
surgery on 1.5.10 and I have not got it
I was not even taken to the hospital
for my surgery. I've been waiting for surgery
since Sept. 2009 14/05 months ago. why
am I being denied the medical care I
need. either get me the medical care I need
or tell me why I haven't recieved it yet.
I'm in so much pain that some days I'm in
tears from the pain so please get me seen
                                    Thank you

To: Warden Osborn
From: Kelvin Norwood          ID N40286   Cell D553

Mr Osborn

This is my Second letter to you about
my Knee that I was supposed to have
surgery on, on 1-5-10 that I did
Not recieve. Warden my Knee is
is swollen very badly and it is exstremly
painful, can you get me the medical care
I need or tell me why I haven't recieved
it yet I've wrote to DR Ghosh, DR
Zhang trying to find out about my
surgery No one will respond to my
request or to my grievance about my
surgery please let me Know what is going on.
                         Thank you

Date 8-7-09

TO: Kevin Halloran - CEO Wexford Health source INC

Dear Sir

I am asking you to please help me to get medical care and to notify you of the deliberate denial of medical care here at Stateville corre cen, Health care unit.

I've been having pain in my right knee, it hurts when I walk I am unable to run or exercise, it hurts when I try to bend it and when I stand up to long it is extremely painful. I've written DR. GHosh, DR. Zhang and sick call several times but No one helped me could you please help me. I've also wrote to mr. Allen Karraker about my my problem with my knee

Thank you for your time

Kelvin Norwood IDN90286
Stateville corr. cen
P.o Box 112
Joliet ILL 60434

Date 8-24-09

To: Kevin Halloran : CEO wexford Health source INC

Dear sir

I'm writing to you about my Knee

And I am IN pain and I haven't been seen yet.
I've written several letters to sick call, Dr Ghosh,
Dr. ZHang and I have Not been called, I've also
wrote to mr: Allen Karraker your regional
Administrator trying to get medical treatment for
my Knee will you please help me

Thank you

Kelvin Norwood IDN 40286
Stateville corr.cen
P.O. Box 112
Joliet Ill 60434

1-6-10

To: Kevin Halloran: CEO Wexford Health Source INC

Dear Sir

This is my 3rd to you I am still waiting to get called back to UIC Hospital and I am in a lot of pain my knee is swollen up really big and now I can barely walk. I was scheduled for surgery Jan 5th 2010. I am writing you sir to notify Wexford of what is going on and how I am being denied the medical care that I need to get better.

I am going to write to Mr. Kevaker again about my knee, I'm just trying to get the medical care I need and am entitled to recieve under the law so I can get better will you please help me

Thank you

Kelvin Norwood IDN90286
Statville Corr Cen.
P.O. Box 112
Joliet IL 60434

Date 2-10-10

TO: Kevin HALLORAN: CEO wexford Health source INC

Dear sir

This is my 4th letter to you, I was scheduled for Surgery on my knee on 15-10 that I been writing you about Over the course of the past 6 months and I haven't recieved it. The health care unit people are ignoring my request, letters and Grievances and so are you. I am hurting really bad and I've written you 4 time Now and you can't take the time to either write me back or speak with the Health care people Here at stateville in effort to get me the medical care I need that is a violation of my 8th and 14th constitutional rights which I'm being denied by the stateville Health care unit and also by you MR Kevin Halloran cause you can get me the medical care I need and I am entitled to have but you are choosing Not to do so for some reason or maybe it's your policy to cut cost, your denying me medical care that you can help me get if you wanted to do it will you please call me

Thank You
Kelvin Norwood ID N80286
stateville correcen
P.O. Box 112
Joliet Ill 60431

To: Allen Karraker - Recronal Administrator wexford

Dear sir

This is my second letter to you about my knee I am still in pain on I haven't been seen yet, I written several letters to sick call DR. GHOSH, Dr ZHANG and have not been called ~~~~~ I will be writing to MR. Kevin Halvorson again to try to get medical treatment for my knee will you please help me

Thank you

Kelvin Norwood ID N90286
P.O. BOX 112
Joliet IL 60434

To: Allen Karraker= Regional Administrator wexford

Dear sir

This is my third letter to you and I'm still waiting to get called back to UIC Hospital for my Surgery for my Knee. I am in pain and my Knee is swollen up really big and I can barely walk. I am writing to Notify wexford of what is going on and to ask why is my medical treatment being delayed that I Need to get better. Mr. Karraker I am also going to write to MR Hauoron again, I'm Just trying to get the medical care I Need and am entitled to recieve under the the law, so I can get better.

please help me

Thank you
Kelvin Norwood N90286
P.O. BOX 112
Joliet IL 60434

Date 2-7-10

To: Allen Rarraker : Regional ADministrator wexford

Dear sir

This is my 4th letter to you and I was scheduled for surgery on my knee on 1-5-10 that I've been writing you about over the course of past 6 months and i haven't recieved it. The health care unit people are Ignoring my request, letters and grievences and so are you. I am hurting really bad and I've written you 4 time now and you can't take the time to either write me back or speak with the health care people here at stateville in an effort to get me the medical care I need this is a violation of my 8th and 14th constitutional rights which im being denied by the stateville Health care unit and also you mr. Allen Rarraker cause you can Get me the medical care I need and I am entitled to have but you're choosing not to do so for some reason or maybe it's your policy to cut cost you're denying me medical care that you can help me Get if you wanted to Do it will you help me

Thank you
Melvin Norwood N90286
Stateville corr. cen
Poo. Box 112
Joliet IL 60434

To: Allen Karraker, regional Administrator wexford

Dear Sir

I am asking you to please help me to get Medical care and to notify you of the deliberate denial of Medical care here at Stateville Corr. cen, Health care unit.

I've been having pain in my right knee it hurts when I walk, I am unable to run or exercise, it hurts when I stand up to long it is extreamly painful. I've written Dr. Gettosh, Dr. Zhang and sick call several times but No one helped me could you please help me I am going to write to Mr. Kevin Halleran to notify him of this problem

Thank you for your time

Kelvin Norwood IDN90286
Stateville corr. center
P.O. Box 112
Joliet Ill 60434

To: Director MICHAEL P. RANDLE

Dear Sis

My Name is Kelvin Norwood IDN92286 I am incarcerated at Stateville Correction on 11-23-09 I was finally given a MRI ON my right knee and the results were the follows

1. Small lateral Menscal body tear 2, Full thickness cartilage defect of the medial compartment 3. mild patello Femoral cartilage pathology 4, Nodular structure in the posterolateral Joint recess, of uncertain etiolsy, which may represent Focal synoutis IN combination with intra-articular bodies, or complex ganglion cyst, contrast enhancement is recommended to exclude mass.

According to the mRI report I was scheduled for surgery on Jun 5th 2010, I was Not even tallen or Notifid of DR. Chmell of U.I.C. recomendation for me to have Surgery. I am in a lot of pain and being denied the medical treatment to get better all the medice from I'm getting is IBprofen which is Not working. I have wrote Greance Over 90 day ago and have Not received a reply from the greance officer I am requesting medical treatment, Surgery for my knee and physical therapy please

sincerely
Kelvin Norwood N92286
Stateville cc
P.o Box X112
Jolet ILL 60434

TO: GOVERNOR Pat Quinn

From: Kelvin Norwood    ID N90286          Date 5-1-10
        Stateville C.C
        P.O Box 112
        Joliet IL 60434

            Dear Sir

        I had knee surgery on my right knee at U.I.C
Hospital on april 27 2010, I was released from uf C medical
center at Chicago the same day and taken Back to
Stateville C.C.. My attending orthopedic surgeon who performed
the surgical procedure on my knee peprscribed after care instructions
for vicodin pain medication and many other prescribed medical
orders that I was not given a copy of. when I was given
pain medication I recieve 2 tylenol three in stead of the pserscribed
Vicoden, the vicoden was perscribed for me I believe for at least
2 weeks for the past operative pain relief I am experiencing
excruciating unbearable pain from my knee after my surgery
Dr Ghosh also told me I will get my perscription sent to me
I have not recieved nothing from them no Ice for swelling
nothing I am making you aware of what DR GHosh is deliberately
Denying me pain medication that my surgeon perscribed for
me will you have them give me pain medication for my
knee and pain Thank you

TO: DIRECTOR MICHAEL P. RANDLE

Dear Sir

My Name is Kelvin Norwood ID N90286, I am incarcerated at stateville Corr. cen, I am writing you because I injured My knee at stateville C.C. it's been over two years ago. I've been seen by Ms. williams numerous times about my knee injury.

Miss williams has made Numerous request for me to have a consult with a specialist for my knee but for some reason Dr. Ghosh has continued to deny her request for me to see a specialist Mr. Director I am in constant pain and I am unable to to run or exercise because of the pain and my knee giving out on me and Just from walking my knee swells up and it is extremly painful. will you please contact stateville HCU and find out why I am continually being denied Medical treatment for my knee. I believe Ms williams has made another request for me to have a consult for a consult and a MRI on my knee but NO one will give me any information letting me know. Thank you for your time

Sincerely
Kelvin Norwood   ID N90286
stateville C.C.
P.o. Box 117
Johet IL 60434

To: Louis Shicker   IDOC Agency medical director

Mr Shicker

ON 3/30/10 I was scheduled to have surgery ON my right knee at U.I.C I miss my surgery Because the officers that transported me their got me their late for surgery. My surgery time according to my paperwork senerated hereby the wexford medical staff my surgery was scheduled for MON 3-30-10 I was taken on medical furlough to university of ILL, medical center By C/o Torres 2628 and Quarles 2779. Ms Torres alleged she spoke to a nurse Name Rose From the surgery department at UIC and that Nurse Rose informed C/o Torres that I was brought to UIC surgery department appointment to late to have my scheduled surgery perfromed and that I was supposed to have been at the prep room no later than 6.30 am I was taken for my surgery 5 hours late. I am in exstrem pain Mr Shicker this is the second surgery date that has been missed I don't know when I will have surgery again it is hard for me to walk. you wrote me and told me that you were taking care of my orthopedic procedure as as of today it still has not happen will you please take care of this

Thank you        From Kelvin Norwood #DN90286
                        Stateville correcen
                        P.O Box 112
                        Joliet Ill. 60434

To: WARDEN HARDY
From: KELvin Norwood          ID N90286     cell D533


Warden Hardy
        I finally recieved my knee surgery on
4-27-10 my surgeon perscribed for me vicodin for
me for pain medication when I was brought back
to stateville I was informed that I could not
have vicodin for my pain medication and was given
2 tydenol three and I was discharged from the
Hcu on 4-28-10 warden I am in a lot of pain
DR Ghosh told me that I was going to recieve some
pain medication for my pain as of today I still
have not recieved any pain medication I hurting
the pthiers won't give me any medical rcc to help
with the swelling of my knee. warden will you
please set them to perscribe me some pain medications.


                    Thank you

To: Dr Zhang                                    5-1-10
From: Kelvin Norwood      IDN80286    cell D553


DR. ZHANG
            I Had Knee surgery on 4-27-10 and
I was discharged from the HCU on 4-28-10.
DR Ghosh told me that he was going to perscribe me
some pain medication for my knee because I could
not receive VICADIN for my pain. I am hurting
really badly I still have not receive any pain
medication since I was discharged from the
HCU also I need a medical permit for medical
Ice to help with the swelling knee will you
please prescribe me some pain medication for my
knee and give me a medical I permit to help
with the swelling of my right knee

                        Thank you

TO:DR GHOSH                              8-1-10
From Melvin NORWOOD JON90286    cell D553


        DR.GHosh I had Knee Surgery on
4-27.10 and you discharged me from the HCC
on 4-28-10 you told me that you were going to give
me some pain medication because I could not have
VICADIN for my pain. I am hurting really bad I and I
still have not received any pain medication and they
will not give me any Ice for my swelling knee will
you pleise perscribe me some pain medication for my
Knee and give me a medical Ice permit to help with the
swelling of my right knee

                    Thank you

To: MS Miles   D Howse counslor        5-1-10
From Kelvin Norwood        ID N80286  cell D55-3


        MS Miles
        I am hurting very badly, I had surgery
on my knee a couple of day ago. I was discharge
from the HCU on 428 I was told By DR. Ghosh
that he was going to persented me some pain
medication  I have not recieved any pain medication
as of today I am in a lot of pain  well you
please try to find out what is going on with my
pain medication these officers will not
give me any Ice for my swollen knee either will
you ask them to give me a medical ice permit also
I have wrote to DR Ghosh and DR. ZHang about
my medication will you get me some pain medication
from the doctor
                        Thank you

To: WaRDEN HaRDy
From Kelvin Norwood    ID N90286    cell D535


Dear Warden Hardy

I was scheduled for surgery on my
Knee on 15-10 and I have not got it
I was not even taken to the hospital
for my surgery Ive been in constant
pain and my knee is very swollen
Ive been waiting for surgery since
Sept. 2009 4 got months ago why am
I being denied the medical care I need
or tell me why I haven't recieved it
yet. I'm in so much pain that some days
Im in tears from the pain so please
get me seen
                    Thank you

TO: GOVERNOR PAT QUINN          1 of 2

From: Kelvin Norwood    ID N90286        Date 31-10
Stateville C.C.
P.O. Box 112
Joliet ILL 60434

Dear Sir,

My Name is Kelvin Norwood i am incarcerated at stateville C.C. I am serving 120 year.

I injured my knee at stateville C.C over two years ago. After Numerous request by General practitioner Miss Williams for petitioner to see a specialist and for MRI witch were denied by Dr. GHosH.

finally ON 9-11-09 I was tallen to DR GHosh with a swollen Right Knee and Dr. GHosh finally ordered a MRI I was taken to him By miss williams.

The MRI was done ON 11-23-2009 and produced these results
1. small lateral meniscal body tear.
2. Full thickness cartilage defect of the medial compartment.
3. mild Patellofemoral cartilage pathology.

2 of 2

4. Nodular structure in the posterolateral Joint recess, of uncertain etiology, which may represent focal synovitis in combination with intra-articular bodies, or complex ganglion cyst. contrast enhancement is recommended to exclude a mass.

I have been in constant pain and I am unable to run or excercise because my knee give out and will fall or a combination of swelling and pain

The MRI was done at University of Illinois medical center I had a consult with Dr. Chmell of UIC who recomanded surgery for the above injuries. according to my medical records I was scheduled for surgery for Jan 5th 2010 and I was supposed to come back one month prior to Jan 5. 2010 for P.A.t.

I am in a lot of pain and being blenied medical treatment I have wrote a grievence over 90 day ago and have not recieved a reply from the Greivance office at stateville i.c. I am requesting medical treatment, surgery, Physical therapy for my injuries Thank you.

STATE OF ILLINOIS     )
                         ) SS
COUNTY OF ___Will___   )

## AFFIDAVIT

I, _Kelvin Norwood_ being first duly sworn under oath depose and state that the foregoing is true and correct and made upon my personal knowledge and I am competent to testify thereto.

I attest that the following information on a 2 page letter addressed to Governor pat Quinn on 3-1-10 is true of facts and information and that I will place this letter in the mail at statville loc on 3-1-10

_____
AFFIANT

SUBSCRIBED AND SWORN TO BEFORE ME
THIS _1st_ DAY _March_ , 20 _10_

_____
NOTARY PUBLIC

OFFICIAL SEAL
PHYLLIS BAKER
Notary Public - State of Illinois
My Commission Expires Feb 07, 2011



**Illinois**
**Department of**
**Corrections**

**Pat Quinn**
Governor

**Michael P. Randle**
Director

James R. Thompson Center
100 W. Randolph Street, Suite 4-200
Chicago, IL 60601

Telephone: (312) 814-3017
TDD: (800) 526-0844

Kevin Norwood N90286
Stateville Correctional Center
16830 South Broadway Street
P.O. Box 60403
Crest Hill, Illinois 60403
March 12, 2010

Mr. Norwood,

Your letter to the Governor's office was forwarded to me for review and response. I have reviewed your case and been in contact with your health care providers. You have been rescheduled for your orthopedic procedure.

I hope this will bring the matter to a satisfactory close.

Sincerely,

Louis Shicker
IDOC Agency Medical Director

CC: Director Michael Randle
    Chief Roberta Fews
    Warden Marcus Hardy, Stateville Correctional Center



**Illinois**
Department of
**Corrections**

**PAT QUINN**
Governor

**MICHAEL P. RANDLE**
Director

1301 Concordia Court / P.O. Box 19277 / Springfield IL 62794-9277 / Telephone: (217) 558-2200 / TDD: (800) 526-0844

June 9, 2010

Kelvin Norwood
Register No. N90286
Stateville Correctional Center

Dear Mr. Norwood:

This is in response to your grievance received on March 12, 2010, regarding medical (Requesting knee surgery 0149), which was alleged to have occurred at Stateville Correctional Center. This office has determined the issue will be addressed without a formal hearing.

In your grievance you state you were administered an MRI exam for an injured knee on, or about September 24, 2009. On December 1, 2009, you submitted a grievance to your counselor requesting knee surgery be scheduled and to be compensated in some manner for your injury. You also request Dr. Gosh stop denying you medical care. The grievance was immediately forwarded to the Grievance Officer who responded.

The Grievance Officer's Report and subsequent recommendation dated February 10, 2010 and approval by the Chief Administrative Officer on February 22, 2010 have been reviewed.

This office notes you have been sent to outside specialists on medical furloughs on Nvember 23, 2009, March 30, 2010, April 5, 2010, April 27, 2010 and May 3, 2010.

Based on a total review of all available information, it is the opinion of this office that the issue was appropriately addressed by the institutional administration. It is, therefore, recommended the grievance be denied.

FOR THE BOARD: _____
Brian Fairchild
Administrative Review Board
Office of Inmate Issues

CONCURRED: _____
Michael P. Randle
Director

cc:   Warden Marcus Hardy, Stateville Correctional Center
      Kelvin Norwood, Register No. N90286



**Illinois**
Department of
**Corrections**

PAT QUINN
Governor

GLADYSE C. TAYLOR
Acting Director

1301 Concordia Court / P.O. Box 19277 / Springfield IL 62794-9277 / Telephone: (217) 558-2200 / TDD: (800) 526-0844

October 1, 2010

Kelvin Norwood
Register No. N90286
Stateville Correctional Center

Dear Mr. Norwood:

This is in response to your grievance received on July 1, 2010, regarding medical (Demands specific pain med 1159), which was alleged to have occurred at Stateville Correctional Center. This office has determined the issue will be addressed without a formal hearing.

In your grieance you demand to be given Vicoden as recommended by an unidentified doctor after surgery at UIC for a knee injury. You state the recommendation was on a document you do not have.

The Grievance Officer's Report and subsequent recommendation dated June 4, 2010 and approval by the Chief Administrative Officer on June 17, 2010 have been reviewed.

This chairperson notes a pain medication available at Stateville CC was substituted by medical staff at the prison.

Based on a total review of all available information, it is the opinion of this office that the issue was appropriately addressed by the institutional administration. It is, therefore, recommended the grievance be denied.

FOR THE BOARD: _____
Brian Fairchild
Administrative Review Board
Office of Inmate Issues

CONCURRED: _____
Gladyse C. Taylor
Acting Director
10/7/10

cc:   Warden Marcus Hardy, Stateville Correctional Center
      Kelvin Norwood, Register No. N90286



**Illinois**
Department of
**Corrections**

**PAT QUINN**
Governor

**GLADYSE C. TAYLOR**
Acting Director

1301 Concordia Court / P.O. Box 19277 / Springfield IL 62794-9277 / Telephone: (217) 558-2200 / TDD: (800) 526-0844

December 1, 2010

Kelvin Norwood
Register No. N90286
Stateville Correctional Center

Dear Mr. Norwood:

This is in response to your grievance received on September 2, 2010, regarding medical (Wants follow-up on surgery 1624), which was alleged to have occurred at Stateville Correctional Center. This office has determined the issue will be addressed without a formal hearing.

In your greivance you claim to need additional follow-up and evaluation of your knee subsequent to surgery performed on your knee.

The Grievance Officer's Report and subsequent recommendation dated August 19, 2010 and approval by the Chief Administrative Officer on August 26, 2010 have been reviewed.

This chairperson notes Health Care Unit staff documented follow-up care and treatment is being provided and listed the dates of the care provided.

Based on a total review of all available information, it is the opinion of this office that the issue was appropriately addressed by the institutional administration. It is, therefore, recommended the grievance be denied.

FOR THE BOARD: _____
Brian Fairchild
Administrative Review Board
Office of Inmate Issues

CONCURRED: _____
Gladyse C. Taylor
Acting Director

12/9/10

cc:   Warden Marcus Hardy, Stateville Correctional Center
      Kelvin Norwood, Register No. N90286



**Illinois**
Department of
**Corrections**

**PAT QUINN**
Governor

**GLADYSE C. TAYLOR**
Acting Director

1301 Concordia Court / P.O. Box 19277 / Springfield IL 62794-9277 / Telephone: (217) 558-2200 / TDD: (800) 526-0844

October 1, 2010

Kelvin Norwood
Register No. N90286
Stateville Correctional Center

Dear Mr. Norwood:

This is in response to your grievance received on July 1, 2010, regarding medical (Claims surgery delayed 1160), which was alleged to have occurred at Stateville Correctional Center. This office has determined the issue will be addressed without a formal hearing.

The Grievance Officer's Report and subsequent recommendation dated June 4, 2010 and approval by the Chief Administrative Officer on June 17, 2010 have been reviewed.

In your grievance you list a variety of issues you believe were not handled correctly by medical and security staff at Stateville Correctional Center in regard to knee surgery performed on you April 27, 2010. You allege delays in getting the surgery done were the fault of Stateville CC staff. You also question the sanity of Dr. Gosh. Reference is invited to grievant's written narrative.

You ask for surgery to be conducted on you immediately, and for your future medical care and medications to be provided in an acceptable manner. You also request unspecified monetary compensation for pain, suffering and what you characterize as deliberate indifference to your serious medical need.

This chairperson notes you received knee surgery 12 days prior to submitting this grievance to Counselor Miles on May 9, 2010. You also received a follow-up examination prior to filing this grievance on May 3, 2010. Your allegations in regard to pain medications have already been addressed in STA Greivance 1159.

Based on a total review of all available information, it is the opinion of this office that the issue was appropriately addressed by the institutional administration. It is, therefore, recommended the grievance be denied.

FOR THE BOARD: _____
Brian Fairchild
Administrative Review Board
Office of Inmate Issues

CONCURRED: _____
Gladyse C. Taylor
Acting Director

cc: Warden Marcus Hardy, Stateville Correctional Center
    Kelvin Norwood, Register No. N90286