United States District Court, Northern District of Illinois 

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle, Sr. | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 11 C 0988 | DATE | 2/25/11 |
| CASE TITLE | Kelvin Norwood (#N-90286) v. Wexford Health Source, Inc., et al. | | |

**DOCKET ENTRY TEXT:**

Plaintiff's motion for leave to proceed *in forma pauperis* [#4] is granted. The Court orders the trust fund officer at Plaintiff's current place of incarceration to deduct $1.84 from Plaintiff's account for payment to the Clerk of Court as an initial partial filing fee. The Clerk shall send a copy of this order to the trust fund officer at Stateville Correctional Center. However, summonses shall not issue at this time. The Court grants Plaintiff's motion for appointment of counsel [#5]. The Court appoints Rodney Perry, Bryan Cave, 161 North Clark, #4300, Chicago, IL 60601-3206 to represent Plaintiff in accordance with counsel's trial bar obligations under the District Court's Local Rule 83.37 (N.D. Ill.). Plaintiff's counsel shall, within 60 days, file an appearance and notify the Court whether he intends to proceed with the complaint on file, or he intends to file an amended complaint. Plaintiff's motion for law library privileges is denied.

■ [For further details see text below.]

Docketing to mail notices.

**STATEMENT**

Plaintiff, in state custody at Stateville Correctional Center, has brought this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff claims that Defendants have violated his rights by being deliberately indifferent to a serious medical condition. More specifically, Plaintiff alleges that, continuously, since 2006, in spite of his complaints, he has been unable to procure adequate care for an injury to his knee. He further alleges that although he finally received surgery for torn ligaments and a cyst in his knee, he is being denied adequate follow-up care, and medication for pain management.

Plaintiff's motion for leave to proceed *in forma pauperis* is granted. Pursuant to 28 U.S.C. § 1915(b)(1), Plaintiff is assessed an initial partial filing fee of $1.84. The trust fund officer at Plaintiff's place of incarceration is authorized and ordered to collect the partial filing fee from Plaintiff's trust fund account and pay it directly to the Clerk of Court. After payment of the initial partial filing fee, Plaintiff's trust fund officer is directed to collect monthly payments from Plaintiff's trust fund account in an amount equal to 20% of the preceding month's income credited to the account. Monthly payments shall be forwarded to the Clerk of Court each time the amount in the account exceeds $10 until the full $350 filing fee is paid. All payments shall be sent to the Clerk, United States District Court, 219 S. Dearborn St., Chicago, Illinois 60604, attn: Cashier's Desk, 20th Floor, and shall clearly identify Plaintiff's name and this case number. This payment obligation will follow Plaintiff wherever he may be transferred.

**(CONTINUED)**

AWL

| STATEMENT (continued) |
|---|

Under 28 U.S.C. § 1915A, the Court is required to conduct a prompt threshold review of the complaint. Here, accepting Plaintiff's allegations as true, the Court finds that Plaintiff has articulated a colorable federal cause of action for deliberate indifference to a serious medical condition. *See Davis v. Carter*, 452 F.3d 686, 696 (7th Cir. 2006).

However, Plaintiff has named correctional administrators, and the Governor of Illinois, as well as correctional medical personnel and Wexford, the contract medical provider for the Illinois Department of Corrections, and it's executives, as Defendants. Additionally, Plaintiff makes allegations of inadequate medical care as long ago as 2006, and there is a two-year statute of limitations for civil rights actions in the State of Illinois. *See Worthington v. Wilson*, 8 F.3d 1253, 1256-57 (7th Cir. 1993); *see also Wood v. Worachek*, 618 F.2d 1225, 1230 (7th Cr. 1980).

Because of the nature of Plaintiff's allegations, the Court hereby appoints Rodney Perry, Bryan Cave, 161 North Clark, #4300, Chicago, IL 60601-3206 to represent Plaintiff in accordance with counsel's trial bar obligations under the District Court's Local Rule 83.37 (N.D. Ill.). The Court grants counsel 60 days from the date of this order to file an appearance and to notify the Court of his intention to either proceed with the present complaint or to file an amended complaint to the extent he is able under the requirements of FED R. CIV. P 11. Because the Court appoints counsel for Plaintiff, his motion for court ordered access to the law library is denied.