# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Kelvin Norwood (N-90286)

CASE NUMBER: 11-cv-00988

V.

ASSIGNED JUDGE: Charles R. Norgle, Sr.

Dr. Partha Ghosh, Dr. Liping Zhang, B. Johnson, Marcus Hardy, Unknown Medical Staff, and Unknown Correctional Officers

DESIGNATED MAGISTRATE JUDGE: Arlander Keys

TO: (Name and address of Defendant)

Dr. Partha Ghosh
Stateville Correctional Center
16830 S. Broadway Street
Joliet, Illinois 60434

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Rodney Perry
BRYAN CAVE LLP
161 N. Clark Street, Suite 4300
Chicago, Illinois 60601

an answer to the complaint which is herewith served upon you, within ___21___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

MICHAEL W. DOBBINS, CLERK
(By) DEPUTY CLERK

DATE
July 15, 2011
DATE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CASE NO.11-CV-00988
AFFIDAVIT OF SPECIAL PROCESS SERVER

**Steve Serafin**, being first duly sworn on oath deposes and says that he served process in the above mentioned cause.

That he served the within:

      (X) Summons & Complaint
      ( ) Citation to Discover Assets
      ( ) Rule to Show Cause
      ( ) Subpoena
      ( ) Other:

1. (X) By leaving a copy with the named party, **Dr. Partha Ghosh** personally on **August 10, 2011**.

---

2. ( ) On the within named party, -------, by leaving a copy with -------, -------, who states that they are a member of the household on -------, and informed that person of the contents thereof, and that further he mailed a copy of same in a sealed envelope with postage prepaid addressed to the party on -------.

---

3. ( ) On the within party, -------, by leaving a copy with -------, ------- on -------, and informed that person of the contents thereof.

---

4. (X) That the sex, race, and approximate age of the person with whom he left the documents were as follows:

SEX: **Male**    RACE: **Eastern Indian**    APPROXIMATE AGE: **50'S**

---

5. (X) That the place where and the time of day when the documents were served were as follows:

PLACE: **991 Doral Drive, Bartlett, IL 60103**
TIME OF DAY: **9:39 AM**

---

6. ( ) That he was unable to serve within named party ------- located at ------- for the reason: -------

Signed and Sworn to before me
This **10th** day of **August 2011**

Steve Serafin
Special Process Server
IT'S YOUR SERVE, INC.
Private Detective No. 117-000885

OFFICIAL SEAL
CAROL PLANO
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/24/13